IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AVERY LAMAR MILLER,

   Plaintiff,

     v.

SHERIFF R.L. (BUTCH) CONWAY,
et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-91-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending allowing the access to the courts claim to continue. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 15 day of June, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge