IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AVERY LAMAR MILLER,

   Plaintiff,

    v.

SHERIFF R.L. (BUTCH) CONWAY, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-91-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 48] of the Magistrate Judge recommending granting the Defendants' Motion for Summary Judgment [Doc. 36]. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the Plaintiff has failed to show that he suffered any actual injury or that any action by the Defendant Conway personally deprived him of a constitutional right. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Summary Judgment [Doc. 36] is GRANTED.

T:\ORDERS\12\Miller\12cv91\r&r2.wpd

SO ORDERED, this 22 day of April, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge